UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANNY PECH,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of<br>the Social Security Administration,[1]<br><br>    Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 1:23-cv-13129-IT<br>*<br>*<br>*<br>*<br>* |

ORDER ADOPTING REPORT AND RECOMMENDATION

April 17, 2025

TALWANI, D.J.

After considering the Magistrate Judge's March 31, 2025, Report and Recommendation [Doc. No. 22], and noting that no objections have been filed, the court hereby ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth therein, Plaintiff's Motion to Reverse or Remand the Decision of the Commissioner [Doc. No. 16] is DENIED, and Defendant's Motion to Affirm the Decision of the Commissioner [Doc. No. 19] is ALLOWED.

IT IS SO ORDERED.

April 17, 2025                        /s/ Indira Talwani
                                                United States District Judge

---

[1] Acting Commissioner of the Social Security Administration Leland Dudek is substituted for the former Commissioners of the Social Security Administration previously named as Defendants in this action. See Fed. R. Civ. P. 25(d).